IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HARRY LEROY JOHNSON, } <br> TDCJ-CID NO.542461, } <br>     Petitioner, } <br> } <br> V. } <br> } <br> NATHANIEL QUARTERMAN, Director, } <br> Texas Department of Criminal } <br> Justice, Institutional Division, } <br>     Respondent. } | CIVIL ACTION NO. H-07-2451 |

## **FINAL JUDGMENT**

For the reasons stated in this Court=s Opinion on Dismissal, this civil action is

DISMISSED, without prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on this 23rd day of August, 2007.

_____
Melinda Harmon
United States District Judge